# United States Pretrial Services
## Southern District of New York
## MEMORANDUM

**To:** Honorable Katherine H. Parker
United States Magistrate Judge

**From:** Ashley L. Cosme
United States Pretrial Services Officer

**Re:** Vincent St. Louis
1:25-01264M

**Date:** July 21, 2025

The attached memo was prepared by Pretrial Services Officer Ashley L. Cosme.

We are respectfully requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe this matter

   requires any court action at this time.

[ ]   Please inform all parties concerned that I will conduct a Bail Review Hearing in
   Courtroom # _____ on _____ at _____.
                              Date            Time

[X]   I request that a Bail Review Hearing be conducted by:

   [X]   The presiding Magistrate Judge in courtroom # 5A.

   [ ]   The District Court Judge presiding in Part I.

   [ ]   Judicial Officer at his/her earliest convenience.

Dated: New York, New York
   July 22, 2025

SO ORDERED

_____
Honorable Katherine H. Parker  ON A T. WANG
United States Magistrate Judge